**Dismiss; Opinion Filed October 26, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-20-00805-CV**
_____

**HARDSCAPE CONCEPTS, LLC AND ROBERT S. PARKER, Appellants**
**V.**
**TJS STUCCO & STONE, INC., Appellee**

**On Appeal from the County Court at Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 102768-CC**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Schenck

We suspended the deadlines in this appeal, which was filed September 3, 2020, to allow the parties an opportunity to settle their dispute. By motion filed October 16, 2020, appellants inform the Court a settlement has been reached, and they request the appeal be dismissed with prejudice. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion, dismiss all other pending motions, and dismiss the appeal with prejudice. *See id.*

/David J. Schenck/
200805F.P05                  DAVID J. SCHENCK
                            JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HARDSCAPE CONCEPTS, LLC
AND ROBERT S. PARKER,
Appellants

No. 05-20-00805-CV     V.

TJS STUCCO & STONE, INC.,
Appellee

On Appeal from the County Court at
Law No. 1, Kaufman County, Texas
Trial Court Cause No. 102768-CC.
Opinion delivered by Justice
Schenck, Justices Osborne and
Partida-Kipness participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal with prejudice.

As agreed among the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 26th day of October, 2020.